UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL CASSELTON,

           Plaintiff,

v.

           CASE NO.8:11-cv-

JEREMY HUTCHINS,
PV HOLDING CORP., and
PROGRESSIVE AMERICAN
INSURANCE COMPANY,

           Defendants.
_____)

## NOTICE OF REMOVAL

TO: THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT, MIDDLE DISTRICT OF FLORIDA, TAMPA DIVISION

Now Comes the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully notifies the Court as follows:

1. The case entitled *Michael Casselton v. Jeremy Hutchins, PV Holding Corporation and Progressive American Insurance Corporation*, Case No. 11-005732C, is currently pending in the Circuit Court of the Thirteenth Judicial Circuit of Florida, Hillsborough County, Florida. No trial has been set.

2. Jeremy Hutchins is named as the defendant in this action. However, pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2401(b), 2671-80, the proper defendant in this lawsuit is the United States. See 28 U.S.C. §§ 2679(d)(1) and (2).

3. The United States Attorney for the Middle District of Florida has certified that Lt. Col Hutchins was acting within the scope of his employment as an employee of

the United States at the time of the events at issue in this action. The certification is attached hereto as Exhibit A.

4. The plaintiff has sued the defendant claiming damages in excess of $15,000.00.

5. The state action may be removed without bond to this Court pursuant to 28 U.S.C. § 1442(a) because 1) the plaintiff in the action seeks a monetary judgment from the United States of America.

6. A copy of the contents of the Circuit Court file will be filed in a separate filing in the United States District Court consistent with the requirements of Rule 4.02(b), Local Rules, Middle District of Florida.

7. A copy of this Notice will be filed with the Clerk of the Circuit Court, Hillsborough County, Florida, pursuant to 28 U.S.C. § 1446(d).

WHEREFORE, the defendant requests that this action be removed to the United States District Court for the Middle District of Florida, Tampa Division, from the Circuit Court of the Thirteenth Judicial Circuit of Florida, Hillsborough County, Florida, where said action is currently pending pursuant to 28 U.S.C. §§ 1442 and 1446.

Respectfully submitted,

**ROBERT E. O'NEILL**
United States Attorney

By: _____
John F. Rudy, III
Assistant United States Attorney
FBN: 136700
400 North Tampa Street, Suite 3200
Tampa, FL 33602
Phone:   813-274-6000
Fax:      813-274-6198
E-Mail:   John.rudy@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on September 13, 2011, a true and correct copy of the foregoing document and the notice of electronic filing was sent by United States mail to the following:

E. Peyton Hodges
111 North Magnolia Avenue, #1350
Orlando, Florida 32801-2378
Eph@cameronhodges.com

Joseph A. Porcelli, Esquire
Law Offices of Joseph A. Porcelli
4644 Glissade Drive
New Port Richey, Florida 34652

David LoNigro
Law Offices of David L. Hendricks
4221 W. Boy Scout Boulevard, Ste 300
Tampa, Florida 33607-5765

s/John F. Rudy, III
**JOHN F. RUDY, III**
Assistant United States Attorney

# EXHIBIT A

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL CASSELTON

        Plaintiff,

v.

                          CASE NO.: 8:11-CV-

JEREMY HUTCHINS,
PV HOLDING CORP, and
PROGRESSIVE AMERICAN INS. CO.
        Defendants.

_____

**UNITED STATES ATTORNEY'S CERTIFICATION**

    I, ROBERT E. O'NEILL, United States Attorney for the Middle District of Florida, acting pursuant to 42 U.S.C. § 233, incorporating 28 U.S.C. § 2679(d)(2), and by virtue of the authority vested in me by 28 C.F.R. § 15.4, hereby certify:

    1.    I have read a copy of plaintiff's Complaint in the above-styled civil action.

    2.    On the basis of the information now available with respect to the claims set forth therein, defendant Jeremy Hutchins was acting within the scope of his employment as an employee of the United States at the time relevant to the Complaint.

                                                      */s/ Robert O'Neill*
                                                      ROBERT E. O'NEILL
                                                      United States Attorney
                                                      Florida Bar No. 0777773
                                                      400 North Tampa Street, Suite 3200
                                                      Tampa, Florida 33602
Date: September 12, 2011                  Telephone No. (813) 274-6000