UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL CASSELTON,

    Plaintiff,

v.                                             CASE NO: 8:11-cv-2078-T-27TGW

UNITED STATES OF AMERICA, *et al.*,

    Defendants.
_____/

## ORDER

**BEFORE THE COURT** is Defendant's Unopposed Motion for Leave to File Third Party Complaint (Dkt. 48).[1] Upon consideration, it is **ORDERED** and **ADJUDGED** that the motion is **DENIED**. *See Metropolitan Cas. Ins. Co. v. Tepper*, 2 So.3d 209, 214-15 (Fla. 2009) (holding that resolution of underinsured motorist claim is a condition precedent to an underinsured motorist carrier's entitlement to bring a subrogation claim; affirming appellate court ruling that carrier could not file third-party action, but instead was required file a separate action). It is **FURTHER ORDERED** that this action is **DISMISSED** with prejudice as to Defendants PV Holding Corp. (*see* Dkt. 45) and Progressive American Insurance Company (*see* Dkt. 51). The Clerk is directed to **CLOSE** this case.

**DONE AND ORDERED** in chambers this 17th day of February, 2012.

                                                        JAMES D. WHITTEMORE
                                                        United States District Judge

Copies to: Counsel of Record

---

[1] While labeled "unopposed," the motion is in fact opposed by the United States of America which, in response to an order to show cause, filed a memorandum in opposition to the motion. *See* Dkt. 50.