UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

MICHAEL CASSELTON,

      Plaintiff,

v.                                    Case No.:   8:11-cv-02078-T-27TGW

JEREMY HUTCHINS,
PV HOLDING CORP. and
PROGRESSIVE AMERICAN
INSURANCE COMPANY

      Defendants.

_____/

**UNITED STATES OF AMERICA'S**
**NOTICE OF PENDENCY OF RELATED ACTIONS**

In accordance with Local Rule 1.04(d), I certify that the instant action:

**X**   IS          related to pending or closed civil or criminal cases(s) previously filed in this Court, or any other Federal or State court, or administrative agency as indicated below:

*Progressive American Insurance Company v. United States of America*, Case No.:  8:12-cv-1323-T-30EAJ. Defendant Progressive Insurance Company has filed suit against the United States for subrogation.

____   IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Related

Actions upon each party no later than eleven days after appearance of the party.

Respectfully submitted,

**ROBERT E. O'NEILL**
United States Attorney

By:     s/John F. Rudy, III
        JOHN F. RUDY, III
        Assistant United States Attorney
        Florida Bar No. 136700
        400 N. Tampa Street, Ste. 3200
        Tampa, Florida 33602
        Telephone:   (813) 274-6000
        Facsimile:   (813) 274-6198
        E-mail:      John.rudy@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 6, 2012, I electronically filed the

foregoing document with the Clerk of Court by using the CM/ECF system which will

send a notice of electronic filing to the following:

> Shawn J. Davis, Esquire
> E-Mail:  sdavis@falkwaas.com
>
> Joseph A. Porcelli, Esquire
> E-Mail:  lawyerfla@aol.com
>
> Stuart J. Freeman, Esquire
> E-Mail:  sjfreeman@brasfieldlaw.net

> s/ John F. Rudy, III
> JOHN F. RUDY, III
> Assistant United States Attorney